JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4809
Facsimile: (415) 744-0134
E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MULUALEM ANTENEH WOHABIE,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:22-cv-01808-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER AND SUBMIT CERTIFIED ADMINISTRATIVE RECORD (*FIRST REQUEST*)** |

　　　Defendant Kilolo Kijakazi, Acting Commissioner of Social Security (Commissioner), through her undersigned counsel, hereby requests a 30-day extension of time, from January 3, 2023 to February 2, 2023, to answer Plaintiff's complaint and submit the Certified Administrative Record (CAR) in the above-captioned case.

　　　This is the Commissioner's first request for an extension. Defendant respectfully requests this extension because the Social Security Administration's Office of Appellate Operations has encountered issues that are delaying processing of the CAR.  Preparation of the CAR for filing in the

instant case is therefore taking longer than anticipated despite the Commissioner's diligent efforts to have it ready on time.

Counsel for the Commissioner conferred with Plaintiff's counsel Marc V. Kalagian via email on December 30, 2022. Plaintiff's counsel indicated that Plaintiff does not oppose the Commissioner's request.

WHEREFORE, Defendant requests until February 2, 2023, to answer Plaintiff's complaint and submit the CAR.

Dated: December 30, 2022         Respectfully submitted,

                                 JASON M. FRIERSON
                                 United States Attorney

                                 By: */s/ Margaret Branick-Abilla*
                                 MARGARET BRANICK-ABILLA
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 30, 2022

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER AND SUBMIT CERTIFIED ADMINISTRATIVE RECORD (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Marc V. Kalagian
marc.kalagian@rksslaw.com

Gerald M. Welt
gmwesq@weltlaw.com

Attorneys for Plaintiff

Dated: December 30, 2022

*/s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney